

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bethany Sanders | Civil Action No. 22-cv-00499-RBM-MSB |
| Plaintiff, | |
| V. | |
| Metropolitan Life Insurance Company | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's motion for judgment is denied.  Defendant's cross-motion for judgment is granted.


Date:     8/24/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Petersen
                    J. Petersen, Deputy