| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 22 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

BETHANY SANDERS,

    Plaintiff-Appellant,

 v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant-Appellee.

No. 23-55766

D.C. No. 3:22-cv-00499-RBM-MSB
Southern District of California, San Diego

ORDER

The parties' Joint Motion to Dismiss (Docket Entry No. 8) is construed as a motion to dismiss pursuant to Federal Rule of Appellate Procedure 42(b). Accordingly, the motion is granted as such. The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Sasha M. Cummings
Circuit Mediator